UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY L. WILBOURN,<br><br>  Plaintiff,<br><br>  v.<br><br>SHASTA COUNTY SUPERIOR COURT,<br><br>  Defendants. | No. 2:23-cv-01681-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed August 22, 2023, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his institutional trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.[1] The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge

---

[1] Although it appears from the file that plaintiff's copy of the August 22, 2023 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 6, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE