UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harvey L Wilbourn, | No. 2:23-cv-01681-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| Shasta County Superior Court, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 6, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 | de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law
2 | by the magistrate judge are reviewed de novo by both the district court and [the appellate] court
3 | . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
4 | supported by the record and by the proper analysis.
5 |       Accordingly, IT IS HEREBY ORDERED that:
6 |       1. The findings and recommendations filed December 6, 2023 (ECF No. 4), are adopted
7 | in full.
8 |       2. The complaint is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P.
9 | 41(b).
10 |       3. The court declines to issue a certificate of appealability.
11 |       4. The Clerk of Court is directed to close the case.
12 | DATED: February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2